UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, | CASE NO.   1:10-cv-00181-GBC (PC) |
| Plaintiff, | ORDER DISMISSING PLAINTIFF'S CASE WITHOUT PREJUDICE FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| JAMES A. YATES, et al., | CLERK TO CLOSE CASE |
| Defendants. | |

**ORDER**

Plaintiff Marciano Plata ("Plaintiff") is a former state prisoner is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 4, 2010 and consented to Magistrate Judge jurisdiction on February 12, 2010.  (ECF Nos. 1 & 5.)

In its February 15, 2011 Screening Order, the Court found that Plaintiff had stated a cognizable claim against Defendants Torres and Dhillon for excessive force in violation of the Eighth Amendment.  (ECF No. 12.)  Plaintiff was ordered to either file an amended complaint or notify the Court of his willingness to proceed on the cognizable claims within

thirty days. (Id.) He was also warned that failure to comply with that Order could result in dismissal of his action for failure to obey a Court Order.  Plaintiff failed to file an amended complaint or a notification of his willingness to proceed on the cognizable claims.

On May 20, 2011, the Court issued a Show Cause Order. (ECF No. 15.) The Show Cause Order again warned Plaintiff that the case would be dismissed if Plaintiff failed to respond to the Order and/or file an amended complaint by June 27, 2011. (Id.) To date, the Court has not received a response to the Show Cause Order and Plaintiff has not filed an amended complaint or a notification of his willingness to proceed on cognizable claims.

Accordingly, this action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to obey several Court Orders.  The Clerk shall close the case.

IT IS SO ORDERED.

Dated:     July 8, 2011

UNITED STATES MAGISTRATE JUDGE